# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-16-00520-CV

**In re Jimmy Jay Jensen**

## ORIGINAL PROCEEDING FROM WILLIAMSON COUNTY

## M E M O R A N D U M   O P I N I O N

Relator Jimmy Jay Jensen, an inmate in the Texas Department of Criminal Justice, has filed a pro se petition asking this Court to order the trial court to dismiss the judgments from his November 2006 conviction for multiple counts of aggravated sexual assault of a child and to grant him a new trial "in term time." *Compare* Tex. Gov't Code § 24.454(b) (establishing that terms of 277th District Court begin on the first Mondays in January and July) *with id.* § 24.012(b) (establishing that district court terms are continuous and "[e]ach term begins on a day fixed by law and continues until the day fixed by law for the beginning of the next succeeding term). The petition for writ of mandamus is denied. *See* Tex. R. App. P. 52.8(a).

_____

Cindy Olson Bourland, Justice

Before Chief Justice Rose, Justices Goodwin and Bourland

Filed: October 6, 2016